**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MARJORIE RAMSEY,

                    Plaintiff,

-against-                                    23 **CIVIL** 8599 (CS)

                                                  **JUDGMENT**

CITY OF NEWBURGH, ORANGE COUNTY,

                    Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 8, 2024, Defendants' motions are GRANTED and Plaintiff's claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       October 8, 2024

                                                           **DANIEL ORTIZ**
                                                         **Acting Clerk of Court**

                              **BY:**
                                                        **Deputy Clerk**